## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GREGORY A. SNIDER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 07-CV-0733-MJR |
| ) | |
| **MICHAEL V. ESPOSITO,** ) | |
| ) | |
| **Defendant.** ) | |

### MEMORANDUM and ORDER

**REAGAN, District Judge:**

Defendant Michael V. Esposito filed for bankruptcy protection under Chapter 7 in the District of New Jersey on February 18, 2009. The filing of the petition resulted in an automatic stay of this case. *See* **11 U.S.C. § 362 (filing of bankruptcy petition stays "the commencement or continuation ... of a judicial, administrative or other action or proceeding against the debtor," and "any act to collect, assess, or recover a claim against the debtor.").** Therefore, pursuant to 11 U.S.C. § 362, all proceedings herein were stayed as of February 18, 2009.

On September 11, 2009, Esposito filed Discharge of Debtor with this Court, showing that the bankruptcy court had granted him a discharge under 11 U.S.C. § 727 (the Bankruptcy Code) on July 10, 2009. Accordingly, this Court **LIFTS THE STAY** entered in this action.

**IT IS SO ORDERED.**

**DATED this 14th day of September, 2009.**

               **s/Michael J. Reagan**
               **MICHAEL J. REAGAN**
               **United States District Judge**